**SUSANIN, WIDMAN & BRENNAN, P.C.**
Brian P. Shire, Esq. – ID No. 306480
1001 Old Cassatt Road, Suite 306
Berwyn, PA 19312
(610) 710-4510
Fax: (610) 710-4520
bshire@swb.law

*Attorneys for Appellee Gardner Fox Associates, Inc.*

**UNITED STATES DISTRICT COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | |
|---|---|
| 325 S. 18th Street LLC, et al.<br><br>Appellant,<br><br>v.<br><br>Philadelphia Community Development Coalition, Inc., et al.<br><br>Appellees. | Civil Action No.: 26-2597 |

# CERTIFICATE OF SERVICE

I, Brian P. Shire, do hereby certify that on this day, I served a true and correct copy of the foregoing Letter to the Court via the Court's ECF system upon the following:

Christian C. Nduka, Esq.
noblee730@gmail.com
1233 Saint James Street
Philadelphia, PA 19107

*Attorney for Appellants 325 S. 18th Street, LLC and Bruce Fassett*

Paul J. Toner, Esq.
paul@tonerlaw.com
Toner Law Group
30 S 15th Street
One Penn Square West, Suite 1601
Philadelphia, PA 19102

*Attorney for Appellees Philadelphia Community Development Coalition, Toner Law Group PLCC, and Paul J. Toner*

Harry B. Cook, Esq.
harry@alawphilly.com
Anastasio Law
2016 Spruce Street
Philadelphia, PA 19103

Pamela J. Devine, Esq.
pdevine@bardsleylawfirm.com
Bardsley Law
850 Cassatt Road
100 Berwyn Park, Suite 350
Berwyn, PA 19312

Sean C. Ryan, Esq.
sryan@bardsleylawfirm.com
Bardsley Law
850 Cassatt Road
100 Berwyn Park, Suite 350
Berwyn, PA 19312

*Attorneys for Appellee Gregory Bustamante, P.E. and Bustamante Engineers, Inc.*

Dominique Holly, Esq.
dominique.holly@phila.gov
Jennifer MacNaughton, Esq.
jennifer.macnaughton@phila.gov
City of Philadelphia Law Department
1515 Arch Street
14th Floor
Philadelphia, PA 19102

*Attorneys for Appellee City of Philadelphia C/O City Solicitor*

Michael S. McCarter, Esq.
mmccarter@bnm.law
Brehm Nofer & McCarter
161 Washington Street, Suite 1450
Conshohocken, PA 19428

*Attorneys for Appellee Moto Design Shop*

Date: October 8, 2026

Brian P. Shire – Attorney ID: 306480
Susanin, Widman & Brennan, P.C.
1001 Old Cassatt Road, Suite 306
Berwyn, PA 19312
(610) 710-4510
bshire@swb.law

*Attorney for Appellee Gardner Fox Associates, Inc.*